IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**JOSHUA A. STRICKLIN, ADC # 138119**                                                                                       **PLAINTIFF**

**v.**                         **CASE NO. 5:12CV00191 BSM-JJV**

**RAY HOBBS, Director,**
**Arkansas Department of Correction et al.**                                                                      **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed without prejudice.

IT IS SO ORDERED this 22nd day of August 2012.

_____
UNITED STATES DISTRICT JUDGE